| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>**Geist Law, LLC**<br>Jared Geist, Esq.<br>25 Main Street<br>Suite 203<br>Hackensack, NJ 07601<br>Telephone: (201) 870-1488<br>Facsimile:  (201) 812-9659<br>Email: jared@geistlegal.com<br><br>**In re:**<br>  PALMETTO CONSTRUCTION SERVICES, LLC,<br>                              Debtor |

Chapter:   11

Case No:  19-21051

Judge:    VFP

## Designation of Record

Pursuant  to Rule 8003(a)(1) of the Federal Rules of Bankruptcy Procedure, Palmetto Construction Services, LLC, has appealed to the United States District Court for the District of New Jersey from the (a) the Order Granting Accolend's Cross Motion, and (b) the Order Converting the Chapter 11 Case into a Chapter 7 Case.

Palmetto is the Debtor in the above captioned matter. On or about July 7, 2019, Debtor file a "Motion to Impose Automatic Stay" through its attorney Jared A. Geist seeking to extend the automatic stay to its co-debtor and guarantor Nia Mendy (Doc.Rec. No. 24).

On or about August 4, 2019, Accolend, LLC, a purported creditor of Debtor, through its attorneys, filed an opposition in the form of a "Cross Motion" not only opposing the Debtor's Motion to extend stay but also seeking to a lift stay and/or dismissal of the Chapter 11 Case (Doc.Rec. No. 37).

At a hearing of the Cross Motion the court issued an order granting not only granting

the lift stay but also terminating the case and converting into a Chapter 7 Case. Both orders, were entered on October 17, 2019 by this Court. Each of these orders is a final judgment ripe for appellate review pursuant to 28 USC § 158(a) (1). Further, the conversion of the Chapter 11 Case to a Chapter 7 Case, essentially terminates the Chapter 11 Case, making all issues in this matter ripe for appeal. Appellant designates the record on appeal as follows:

## Record Designated:

1. Doc Rec. 24   07/11/2019   Motion to Impose Automatic Stay Filed by Jared A. Geist
2. Doc Rec. 27   07/12/2019   Certificate of Service filed by Jared A. Geist
3. Doc. Rec. 28  07/16/2019   Request for Adjournment by Jeffrey Schreiber
4. Doc Rec. 30   07/25/2019   Application to Retain Exit Platinum Realty field by Jared A. Geist
5. Doc Rec. 31   07/25/2019   Utilities Motion filed by Jared A. Geist
6. Doc Rec. 33   07/30/2019   Letter re: Adjournment Request filed by Jared A. Geist
7. Doc Rec. 34   07/30/2019   Adjournment Request Granted by Court
8. Doc Rec. 35   08/01/2019   Objection to Exit Platinum Motion filed by US Trustee
9. Doc Rec. 38   08/13/2019   Cross Motion to Dismiss Case or in Alternative to life automatic stay filed by Samantha Frenchman
10. Doc Rec. 39  08/16/2019   Adjournment Request filed by Jared A. Geist
11. Doc Rec. 40  08/19/2019   Adjournment Request Granted by Court
12. Doc Rec. 41  08/20/2019   Limited Objection to Utilities Motion filed by US Trsutee
13. Doc Rec. 42  08/21/2019   Application to Retain Jared A. Geist filed by Jared A.Geist
14. Doc Rec. 46  08/23/2019   Order Denying request to retain Exit Platinum Realty

15. Doc Rec. 47 08/28/2019   Objection to Retention of Jared A. Geist filed by US Trustee

16. Doc Rec. 52   08/30/2019   Order Denying Utilities Motion

17. Doc Rec. 53    09/03/2019   Amended Statement of Financial Affairs Filed by Jared A. Geist

18. Doc Rec. 54  09/04/2019   Application to retain Leo Congeni, Esq. filed by Jared A. Geist

19. Doc Rec. 55  09/04/2019   Application to retain Leo Kramer, Esq. filed by Jared A. Geist

20. Doc Rec. 56 09/04/2019   Amended Congeni Motion filed by Jared A. Geist

21. Doc Rec. 57 09/04/2019   Application to retain Jerome Pellerin, Esq. filed by Jared A.Geist

22. Doc Rec. 58 09/04/2019   Motion to use cash collateral filed by Jared A. Geist

23. Doc Rec. 59 09/05/2019   Amended cash collateral motion filed by Jared A. Geist

24. Doc Rec. 61 09/05/2019   Application to retain California Construction Services filed by Jared A. Geist

25. Doc Rec. 63  09/11/2019   Objection to application to retain Andrew Kramer, Esq. filed by Us Trustee

26. Doc Rec. 64 09/11/2019   Objection to application to retain Jerome Pellerin, Esq. filed by US Trustee

27. Doc Rec. 65 09/11/2019   Objection to application to retain Leo Congeni, Esq. filed by US Trustee

28. Doc Rec. 68 09/12/2019   Objection to application to retain California Construction Services filed by US Trustee

29. Doc Rec. 75 09/17/2019   Objection to Cash Collateral Motion filed by US Trustee

30. Doc Rec. 76 09/17/2019     Objection to Cross Motion filed by Jared A. Geist

31. Doc Rec. 77 09/20/2019     Response to Objection to Cross Motion filed by Samantha Frenchman

32. Doc Rec. 78 09/20/2019     Certification filed by Jared A. Geist

33. Doc Rec. 79 09/23/2019     Supplemental Reply to Andrew Kramer Motion filed by Jared A. Geist

34. Doc Rec. 80 09/23/2019     Memo in opposition to Cross Motion filed by Jared A. Geist

35. Doc Rec. 81 09/23/2019     Letter to Judge Papalia filed by Samantha Frenchman

36. Doc Rec. 82 09/25/2019     Missing Exhibit C filed by Samantha Frenchman

37. Doc Rec. 84 09/27/2019     Application to Retain Andrew Kramer, Esq. filed by Jared A. Geist

38. Doc Rec. 86 09/28/2019     Application to Retain Leo Congeni, Esq. filed by Jared A. Geist

39. Doc Rec. 87 10/1/2019      Order adjourning Cross Motion to October 16, 2019

40. Doc Rec. 88 10/1/2019      Order Denying Motion to extend automatic stay to Nia Mendy

41. Doc Rec. 89 10/1/2019      Order Denying Application to retain Jared A. Geist

42. Doc Rec. 90 10/1/2019      Order Denying Cash Collateral Motion

43. Doc Rec. 91 10/1/2019      Order Denying Application to retain Andrew Kramer

44. Doc Rec. 92 10/1/2019      Order Denying Application to retain Leo Congeni

45. Doc Rec. 93 10/1/2019      Order Denying Application to retain Jerome Pellerin

46. Doc Rec. 94 10/1/2019      Order Denying Application to retain California Construction

47. Doc Rec. 95 10/4/2019      Objection to Application to retain Andrew Kramer filed

by US Trustee

48. Doc Rec. 105  10/7/2019     Objection to Application to retain Leo Congeni filed by US Trustee

49. Doc Rec. 108 10/7/2019      Objection to Application to retain Leo Congeni filed by Samantha Frecnchman

50. Doc Rec. 110  10/8/2019     Statement in Support of Cross Motion filed by US Trustee

51. Doc Rec. 111  10/9/2019     Mendy Properties Finance Motion filed by Jared A. Geist

52. Doc Rec. 112 10/9/2019      Schlessinger Family Trust Finance Motion filed by Jared A. Geist

53. Doc Rec. 115 10/11/2019     Amended Schlessinger Family Trust Finance Motion filed by Jared A. Geist

54. Doc Rec. 116 10/12/2019     Application to retain Jared A. Geist filed by Jared A. Geist

55. Doc Rec. 117 10/14/2019     Letter to Judge Papalia filed by Samantha Frenchman

56. Doc Rec. 119 10/15/2019     Letter to Judge Papalia filed by Jared A. Geist

57. Doc Rec. 120 10/15/2019     Certification in response to US Trustee Statement in Support of Cross Motion filed by Jared A. Geist

58. Doc Rec. 121 10/16/2019     Chapter 11 Small Business Reorganization plan filed by Jared A. Geist

59. Doc Rec. 122 10/17/2019     Order Vacating Automatic Sray

60. Dco Rec. 123  10/17/2019    Order Converting to Chapter 7

        Respectfully submitted,

        **GEIST LAW, LLC**

        By:  <u>*/s/ Jared Geist*              </u>.
        Jared Geist, Esq.
        25 Main Street
        Suite 203
        Hackensack, NJ 07601
        Telephone: (201) 870-1488
        Facsimile:  (201) 812-9659
        Email: jared@geistlegal.com