UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re: _____  Chapter: _____

Case Number: _____

Civil Number: _____

Adversary Number: _____

Bankruptcy Judge: _____

**TRANSMITTAL OF DOCUMENT(S) TO:**
❏ **DISTRICT COURT**     ❏ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❏ Notice of Appeal         ❏ Order being Appealed         ❏ Designation of Record on Appeal

❏ Statement of Issues      ❏ Transcript                   ❏ Transcript Ordered On: _____

❏ Motion for Leave to Appeal   ❏ Certification of Failure to File Designation   ❏ Motion to Withdraw the Reference

❏ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____.     The parties to the appeal are:

Appellant(s): _____          Appellee(s): _____

Attorney: _____              Attorney: _____

Address: _____               Address: _____

_____                         _____

Title of Order Appealed: _____

Date Entered On Docket: _____

❏   An appeal has not previously been filed in this case.

❏   The following list contains information regarding all appeals previously filed in this case:

| **District Court Case Number** | **District Court Judge Assigned** | **Date of Transmission of Record to District Court** |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____       Judge assigned: _____

By: _____                              Date: _____

*rev. 8/28/17*